**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Ernest Wiggins<br>Christine Wiggins<br>1154 Magnolia Dr<br>Macon, GA  31217-4223 | **CHAPTER 13**<br><br>**Case Number:** 11-52434-JPS<br><br>**ATTORNEY:**  AKIN, WEBSTER & MATSON, P.C. |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $1,360.79 in unclaimed funds on behalf of the above-referenced debtors. The last known address for the creditor is as follows:

North Star Capital Acquisition
c/o Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226

**DATED:** August 25, 2016

/s/ Camille Hope
_____
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**